# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00826-CV

**In re Sandra Tobias**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: January 24, 2019